

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

|  | *One Pierrepont Plaza* |
|---|---|
|  | *Brooklyn, New York  11201* |
| *Mailing Address:* | 147 Pierrepont Street |
|  | *Brooklyn, New York  11201* |

March 27, 2006

ELECTRONICALLY FILED
<u>COURTESY COPY BY HAND</u>
Honorable Edward R. Korman
United States Chief District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  <u>Payne v. Employing Office of Rep. Gregory W. Meeks</u>
         CV-01-1532 (Korman, C.J.) (Levy, M.J.)

Dear Chief Judge Korman:

    Attached is a proposed Order Authorizing Withdrawal of Counsel in the above-referenced case, signed by the United States Attorney's Office for the Eastern District of New York ("USAO"), the Office of House Employment Counsel ("OHEC"), and Defendant Employing Office of Rep. Gregory W. Meeks.  As the proposed Order indicates, Plaintiff does not object to the withdrawal of the USAO and the sole representation of Defendant by OHEC.  For the Court's information, on or about February 6, 2006, the Honorable Robert M. Levy entered an Order in this action indicating that the parties had accepted the Court's settlement recommendation and directing the parties to submit a stipulation of voluntary dismissal.  In an Amended Order issued on the same date, Magistrate Judge Levy noted that Defendant's approval process is somewhat involved and set a deadline of April 6, 2006 for submitting the stipulation.

    If the proposed Order meets with the Court's approval, please submit an endorsed copy to the undersigned and to OHEC.  Thank you very much.

                Respectfully submitted,

                ROSLYNN R. MAUSKOPF
                United States Attorney

       By:  <u>/s/ Sandra L. Levy</u>
                SANDRA L. LEVY
                Assistant U.S. Attorney
                (718) 254-6014

2

Attachment

cc:   Honorable Robert M. Levy
      David N. Mair, Esq.
      Kimberly Carey Williams, Esq.