UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA T. PAYNE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EMPLOYING OFFICE OF REPRESENTATIVE ) <br> GREGORY W. MEEKS, ) <br> ) <br> Defendant. ) <br> ) | CV 01-1532 <br> (Korman, C.J.) <br> (Levy, M.J.) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-entitled action, by and through their respective undersigned counsel that, in accordance with the Stipulation of Settlement, this action and any and all claims arising therefrom are hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own costs, fees, including attorney's fees, and disbursements, except as expressly set forth in the Stipulation of Settlement. Plaintiff further agrees that no further suit will be instituted for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or circumstances which gave rise to this lawsuit.

Dated: Brooklyn, New York
       [date]

                                      Respectfully submitted,

                                      */s/ Gloria J. Lett*
                                      GLORIA J. LETT, ESQ.[1] (DC Bar #295365)
                                      KIMBERLY C. WILLIAMS, ESQ.[2] (VSB #41325)
                                      Office of House Employment Counsel
                                      1036 Longworth House Office Building
                                      Washington, DC 20515
                                      (202) 225-7075


                                      */s/ David N. Mair*
                                      DAVID N. MAIR, ESQ. (DM-8883)
                                      Kaiser, Saurborn & Mair, P.C.
                                      Attorneys for Plaintiff
                                      20 Exchange Place
                                      New York, NY 10005
                                      (212) 338-9100


SO ORDERED this _____ day of _____ 2006



_____
HONORABLE C.J. KORMAN
United States District Judge

---

[1] Appearing by 2 U.S.C. §1408(d).

[2] *Id.*