GLORIA J. LETT
COUNSEL

ANN R. ROGERS
DEPUTY COUNSEL

VICTORIA L. BOTVIN
KIMBERLY C. WILLIAMS
SENIOR ASSOCIATE COUNSELS

**U.S. HOUSE OF REPRESENTATIVES**
OFFICE OF HOUSE EMPLOYMENT COUNSEL
1036 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-5532
TELEPHONE: (202) 225-7075
FAX: (202) 225-7033

September 22, 2006

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 29 2006 ★

BROOKLYN OFFICE

**VIA OVERNIGHT MAIL**

Honorable Edward R. Korman
United States Chief District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Payne v. Meeks, 1:01-cv-01532 (Korman, C.J.) (Levy, M.J.)

Dear Chief Judge Korman:

I write on behalf of counsel for Plaintiff and Defendant to request the Court to issue an Order of Dismissal With Prejudice in the above-captioned case. The parties signed a Settlement Agreement and Release on March 22, 2006, and filed a Stipulation and Order of Dismissal With Prejudice with the Court on March 27, 2006. The Court has not yet issued its Order of Dismissal With Prejudice and the parties respectfully request that it do so.

Respectfully submitted,

Gloria J. Lett

cc: David N. Mair, Esq.

*Order entered on ECF.*